UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-06425 |
| | ) | |
| KENNETH G. LANTZ, JR. AND | ) | Chapter 13 |
| JENNIFER L. LANTZ, | ) | |
| | ) | Judge SCHMETTERER |
| Debtor(s). | ) | |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**

U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
M.O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**

See attached service list.

PLEASE TAKE NOTICE that on April 21, 2021, at 10:00 am, I will appear telephonically before the Honorable Judge Schmetterer, or any judge sitting in his place, and present the Motion to Vacate or Adjust Payroll Order, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information: Telephone number: 1-877-336-1839 or Toll Free Number: 1-888-557-8511; Access Code: 3900709.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor

**PROOF OF SERVICE**

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on   April 5, 2021  with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/     Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Kenneth and Jennifer Lantz
9949 S. Sawyer Ave.
Evergreen Park, IL 60805

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Wells Fargo Bank/WFDS
P.O. Box 19657
Irvine, CA 92623-9657

Fifth Third Bank
P.O. Box 9013
Addison, TX 75001

American Express Bank/Capital One
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Capital One Bank
American Infosource
P.O. Box 71083
Charlotte, NC 28272-1083

CarMax Funding Services
225 Chastain Meadows Ct., Ste. 210
Kennesaw, GA 30144

Quantum3 Group
Comenity Captial Bank
P.O. Box 788
Kirkland, WA 98083-0788

Midland Funding
P.O. Box 2011
Warren, MI 48090

Bank of America
P.O. Box 982284
El Paso, TX 79998-2238

Capital One Bank/Cabelas Club Visa
American InfoSource
4515 N. Santa Fe Ave
Oklahoma City, OK  73118

eCast Settlement Corp.
P.O. Box 29262
New York, NY  10087-9262

Bank of America
P.O. Box 31785
Tampa, FL  33631-3785

Portfolio Recovery Assoc./Citibank
The Home Depot/BestBuy
P.O. Box 41067
Norfolk, VA  23541

Cavalry SPV I
Bass & Associates
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ  85712

Synchrony Bank
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA  98121

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 16-06425 |
| | ) | |
| KENNETH G. LANTZ, JR. AND | ) | Chapter 13 |
| JENNIFER L. LANTZ, | ) | |
| | ) | Judge SCHMETTERER |
| Debtor(s). | ) | |

## MOTION TO VACATE PAYROLL OR ADJUST PAYROLL ORDER

NOW COMES the Debtor(s), by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On February 26, 2016, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Tom Vaughn was appointed Trustee, and the Chapter 13 plan was confirmed on July 13, 2016.

3. On October 30, 2018 the Debtors submitted an amended proposed payroll deduction order to this Honorable Court and the order was entered on October 31, 2018 (Exhibit A). The order provides that $1,450.00 shall come from Mrs. Jennifer Lantz's paycheck to be sent to the Trustee. The order also provides that the employer shall change the amount or stop the deduction upon written notice from the Trustee.

4. The Debtor's bankruptcy is subject to the Trustee's audit, and it appears that the debtors have overpaid into their bankruptcy in excess of $1,020.00.

5. The Debtors ask for the payroll control order to be vacated as this only increases the amount that they will receive in a refund from the trustee's office. Debtors understand that if the

audit shows that they still owe into their case, that they will have to make that payment immediately, or their case will be dismissed.

WHEREFORE, the Debtors pray that this Honorable Court enter an Order to Vacate the Payroll Order, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar

Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Jennifer Lantz ) Case No. 16-06425
)
) Chapter 13
)
SSN: XXX-XX-1006     Debtors ) Honorable Jack B. Schmetterer

## AMENDED ORDER TO EMPLOYER TO PAY THE TRUSTEE

To: Southwest
   PO Box 36611
   Dallas, TX 75235

   Attn: Payroll Department

WHEREAS, the above named debtor has submitted a plan to pay his/her debts out of his/her future earnings, and by his/her plan submits all of his/her future earnings to the supervision and control of this Court for the purpose of carrying out the Plan:

NOW IT IS THEREFORE ORDERED, that until further order of this Court, Southwest, employer of Jennifer Lantz, deduct from the earnings of the debtor the sum of $1450 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to, Tom Vaughn, Trustee at least once a month at the following address:

Tom Vaughn Chapter 13 Trustee
P.O. Box 588
Memphis, TN 38101-0588

IT IS FURTHER ORDERED, that the employer shall stop or change the deduction upon written notice from the Trustee;

IT IS FURTHER ORDERED, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

IT IS FURTHER ORDERED, that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

FOR THE COURT

Date Entered: 10/31/2018

/s/ Jeffrey P. Allsteadt  LS

Jeffrey Allsteadt, Clerk, United States Bankruptcy Court

Debtor or Attorney Signature /s/ David M. Siegel     Date: 10/30/2018

[✓] I agree to entry of this order without further notice or hearing.

[ ] Check this box if the debtor has agreed to the entry of this order without further notice or hearing through Section I of the Chapter 13 Plan.

Form No. 25